```
DAN O'ROURKE
SOUTHWELL & O'ROURKE, P.S.
Attorneys at Law
960 Paulsen Center
W. 421 Riverside Avenue
Spokane, WA 99201
(509) 624-0159
```

UNITED STATES BANKRUPTCY COURT

IN AND FOR THE EASTERN DISTRICT OF WASHINGTON

| In re: | No.: **09-01456-PCW7** |
|---|---|
| **KATHERINE MAY CHIPMAN,** | Chapter **7** |
| Debtor. | **TENDER OF DIVIDENDS** |

TO: Clerk of the United States Bankruptcy Court

There is tendered herewith the sum of $3.67, being dividends of less than Five Dollars ($5.00), which is payable to the following creditor in the amount designated opposite the name:

| Name | Address | Amount |
|---|---|---|
| Commercial Adj. Co. | PO Box 57<br>Astoria, OR 97103 | $79.38 |

This tender is made in accordance with the requirements of the Bankruptcy Code.

DATED this 21st day of October, 2010.

SOUTHWELL & O'ROURKE, P.S.

BY:/s/ Dan O'Rourke
DAN O'ROURKE, WSBA #4911

Tender-1

**SOUTHWELL & O'ROURKE, P.S.**
A PROFESSIONAL SERVICE CORPORATION
**ATTORNEYS AT LAW**
SUITE 960, PAULSEN CENTER
WEST 421 RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 624-0159